**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EXPRESS INTERNATIONAL SERVICES, INC.                                            PLAINTIFF

v.                                         No. 4:09CV00885 JLH

AIRGAS MID SOUTH, INC.                                                                        DEFENDANT

**AGREED ORDER GRANTING MOTION TO COMPEL**

Pending before the Court is the defendant's motion to compel (Document #12). Upon consideration of the pleadings and agreement of the parties, the Court finds there is good and sufficient cause to grant the motion.

IT IS THEREFORE ORDERED that plaintiff shall respond to the defendant's second request for production of documents, and execute the Request for Transcript of Tax Return (Form 4506-T), within five (5) calendar days after entry of this order. Defendant agrees to withdraw its request for attorney's fees on the condition that plaintiff comply with the terms of this agreed order.

IT IS SO ORDERED this 16th day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

APPROVED;

*/s/ Harry S. Hurst, Jr.*
Harry S. Hurst, Jr. (88116)
Wilcox Parker Hurst Lancaster & Lacy PLC
Attorney for Defendant


*/s/ C. Eric Hance*
C. Eric Hance (82071)
Hance Law Firm
Attorney for Plaintiff