## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

EXPRESS INTERNATIONAL SERVICES, INC.                                   PLAINTIFF

v.                                   NO. 4:09CV00885 JLH

AIRGAS MID SOUTH, INC.                                                 DEFENDANT

### ORDER OF DISMISSAL

Having been informed by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 15th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE